IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAREEM VAUGHAN et. al. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TECHNOGYM USA CORP., et. al. | : | NO. 20-320 |
| Defendant. | : | |

O R D E R

AND NOW, TO WIT: This **25th day of November, 2020** it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, without costs, pursuant to the agreement of counsel.

KATE BARKMAN
Clerk of Court

BY:  */s/ Donna Marie Croce*
Donna Marie Croce
Deputy Clerk to the
Honorable Timothy R. Rice
U.S. Magistrate Judge